IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JULIE DICKERSON,<br><br>          Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>          Defendant. | Civil No. 16-cv-1246-JPG-CJP |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. § 405(g).**

Judgment is entered in favor of plaintiff Julie Dickerson and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

**DATED:** October 18, 2017

                                                **JUSTINE FLANAGAN,**
                                                **Acting Clerk of Court**

                                                **BY:** *s/Tina Gray*
                                                        **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. District Judge**